UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WALLACE JAMES BEAULIEU, et al.,            CIVIL NO. 07-1535 (JMR/JSM)

    Plaintiffs,

v.                                                                                       <u>ORDER</u>

CAL R. LUDEMAN, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 8, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants Joan Fabain and Terry Carlson's Motion for Summary Judgment [Docket No. 136] is **DENIED** without prejudice.

2. The parties shall serve and file their dispositive motions any time after January 15, 2010, or after the Court has ruled on any motions to compel served, filed and heard prior to this deadline, which ever date is later.

Dated: December 29, 2009

                                                   <u>s/James M. Rosenbaum</u>
                                                   JAMES M. ROSENBAUM
                                                   United States District Judge