## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WALLACE JAMES BEAULIEU,<br>LIONEL TOHANNIE YAZZIE,<br>LARRY DELANEY, SR.,<br>EMERY EUGENE BUSH,<br>JOHN LOUIS BEAULIEU, III, and<br>MICHAEL J. GIMMESTAD,<br><br>          Plaintiffs,<br><br>vs.<br><br>CAL R. LUDEMAN, JOAN FABIAN,<br>TERRY CARLSON, JACK ERSKINE,<br>DEAN MOONEY, PAULA JOHNSON,<br>DENISE CONSIDINE, ERIC<br>HATTENBERG, DENNIS BENSON,<br>GREG CARLSON, BRIAN NINNEMAN,<br>and ANN LINKERT,<br>*In their official and personal capacities*,<br><br>          Defendants. | Civil No. 07-1535 (JMR/JSM)<br><br><br><br><br><br><br><br>**MOTION TO WITHDRAW<br>AS COUNSEL** |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Melina Williams, currently listed as counsel for plaintiffs, wishes to withdraw as counsel for plaintiffs Wallace James Beaulieu, Lionel Tohannie Yazzie, Larry DeLaney, Sr., Emery Eugene Bush, John Louis Beaulieu, III, and Michael J. Gimmestad in this case for the following reason:  because Melina Williams has resigned from her employment with Faegre & Benson LLP and is moving out of state for a different job.

  Brian B. O'Neill with Faegre & Benson LLP and Teresa J. Nelson with the ACLU of Minnesota are both listed as lead attorneys for plaintiffs Wallace James Beaulieu, Lionel Tohannie Yazzie, Larry DeLaney, Sr., Emery Eugene Bush, John Louis Beaulieu, III, and Michael J. Gimmestad and will continue to represent plaintiffs in this case. Notice of this motion has been sent to the plaintiffs.

                Respectfully submitted,

Dated:  September 3, 2010      s/ Melina Williams
                Melina Williams, Minn. Bar # 387635
                mwilliams2@faegre.com
                Brian B. O'Neill, Minn. Bar # 82521
                boneill@faegre.com
                FAEGRE & BENSON LLP
                2200 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN  55402-3901
                Phone: (612) 766-7000
                Fax: (612) 766-1600

                Teresa J. Nelson
                tnelson@aclu-mn.org
                ACLU OF MINNESOTA
                2300 Myrtle Avenue, Suite 180
                St. Paul, MN  55114
                Phone: (651) 645-4097 ext 122
                Fax: (651) 647-5948

                *Attorneys for Plaintiffs Wallace James Beaulieu,*
                *Lionel Tohannie Yazzie, Larry DeLaney Sr.,*
                *Emery Eugene Bush, John Louis Beaulieu III,*
                *and Michael J. Gimmestad*